```
 1  KAREN P. HEWITT
    United States Attorney
 2  PAUL S. COOK
    Assistant U.S. Attorney
 3  California State Bar No. 79010
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-5687/(619)235-2757(Fax)
    Email: paul.cook@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

8                  UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr0880-LAB |
| 11              Plaintiff, ) | |
| 12        v.           ) | NOTICE OF APPEARANCE |
| 13  JOSE ALVARADO-NOLASCO,   ) | |
| 14              Defendant. ) | |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17       I, the undersigned attorney, enter my appearance as lead
18  counsel in the above-captioned case.  I certify that I am
19  admitted to practice in this court or authorized to practice under
20  CivLR 83.3.c.3-4.

21       The following government attorneys (who are admitted to
22  practice in this court or authorized to practice under CivLR
23  83.3.c.3-4) are also associated with this case, should be listed
24  as lead counsel for CM/ECF purposes, and should receive <u>all</u>
25  Notices of Electronic Filings relating to activity in this case:

26       <u>Name</u> - "None"

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    Please call me if you have any questions about this notice.

    DATED: April 25, 2008.

                                Respectfully submitted,

                                KAREN P. HEWITT
                                United States Attorney

                                <u>s/Paul S. Cook</u>
                                PAUL S. COOK
                                Assistant United States Attorney
                                Attorney for Plaintiff
                                United States of America
                                Email: paul.cook@usdoj.gov

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>            Plaintiff,       )<br>                             )<br>       v.                    )<br>                             )<br> JOSE ALVARADO-NOLASCO,       )<br>                             )<br>            Defendant.       )<br>_____) | Case No. 08cr0880-LAB<br><br><br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, PAUL S. COOK, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

> Stephen D. Lemish
> SLemish785@aol.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2008.

> s/Paul S. Cook
> PAUL S. COOK

3