1  Stephen D. Lemish, CSB #123793
   Attorney at Law
2  152 West Park Avenue
   Suite 150
3  El Cajon, California 92020

4  (619) 444-5525

5  Attorney for Defendant JOSE ALVARADO-NOLASCO

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

(Hon. Larry A. Burns)

| UNITED STATES OF AMERICA, | ) | Criminal No. 07-CR0880-LAB |
|---|---|---|
| Plaintiff, | ) | NOTICE OF MOTIONS AND MOTIONS |
| v. | ) | |
| JOSE ALVARADO-NOLASCO | ) | 1) To Produce Discovery |
| | ) | 2) For Leave to File Additional Motions |
| Defendant. | ) | Hearing Date:  May 5, 2008 |
| | ) | Time:  2:00 p.m. |

**TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND PAUL S. COOK, ASSISTANT U.S. ATTORNEY**

PLEASE TAKE NOTICE that on the above-captioned time and date, or as soon thereafter as counsel may be heard before the Honorable Larry A. Burns, the Defendant, JOSE ALVARADO-NOLASCO, through counsel, Stephen D. Lemish, will bring the below listed motions:

1. To Compel Discovery; and

2. For Leave to Bring Further Motions

The Defendant, JOSE ALVARADO-NOLASCO, by counsel, Stephen D. Lemish, and pursuant to Fed.R.Crim.P. 16 and the Fourth, Fifth and Sixth

1  Amendments to the United States Constitution, hereby moves this Court:

2      1.    To Compel Discovery; and

3      2.    For Leave to Bring Further Motions

4      These motions are based upon the instant motions and notice of motions, the
5  attached statement of facts and memorandum of points and authorities, the files and
6  records in the above-entitled cause, and any and all other information that may be
7  brought to the Court's attention prior to or during the hearing on these motions.

8      Dated:   April 21, 2008

9                    Respectfully submitted,

11                   S/ Stephen D. Lemish
                    Stephen D. Lemish, Attorney for Defendant
12                 JOSE ALVARADO-NOLASCO
                    steve.lemish@sbcglobal.net